JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| NICOLE CACCIATORE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SOHO HOUSE WEST HOLLYWOOD LLC, a Delaware limited liability company; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:24-cv-00841-JFW-ASx<br><br>**ORDER GRANTING STIPULATION FOR ENTRY OF ORDER COMPELLING ARBITRATION AND STAYING PROCEEDINGS PENDING COMPLETION OF ARBITRATION**<br><br>[*Stipulation For Entry of Order Compelling Arbitration and Staying Proceedings Pending Completion of Arbitration filed concurrently herewith*]<br><br>Action Filed: December 18, 2023 |

## **ORDER**

This matter comes before the Court on the Stipulation for Entry of Order Compelling Arbitration and Staying Proceedings Pending Completion of Arbitration (the "Stipulation") entered into between Plaintiff NICOLE CACCIATORE ("Plaintiff"), on the one hand and Defendant SOHO HOUSE WEST HOLLYWOOD, LLC. ("Soho"), on the other hand.

The Court, having reviewed the Stipulation, and finding good cause appearing for the relief requested herein, HEREBY GRANTS the Stipulation and ORDERS AS FOLLOWS:

1. The parties shall proceed to final and binding arbitration of Plaintiff's claims alleged in the Complaint pursuant to the terms of the Arbitration Agreement;

2. All further proceedings on Plaintiff's claims alleged in the Complaint shall be stayed pending completion of the arbitration proceedings;

3. All costs unique to the arbitration shall be borne by Defendant pursuant to Armendariz v. Foundation Health;

4. Parties' stipulation does not abrogate Plaintiff's entitlement to recovery of statutory attorneys' fees as a prevailing party under the Fair Employment Housing Act and California Labor Code Section 218.5, assuming Plaintiff prevails on those claims; and

5. By entering into this Stipulation, the Parties do not waive and expressly reserve all claims, defenses, and challenges with respect to the underlying claims in the Complaint, except as otherwise set forth herein.

The clerk shall administratively close this case.

**IT IS SO ORDERED.**

Dated: February 23, 2024

_____
The Honorable John F. Walter
United States District Court